**Orlando J. WESLEY, Plaintiff–Appellant,**

v.

**Lt. OAKES; Lt. Lyles; c/o Kelly; Sgt. Dorsey; Sgt. Gilmore, Defendants–Appellees.**

No. 14–6377.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: July 31, 2014.

Orlando J. Wesley, Appellant Pro Se. Jodi Harrison, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando J. Wesley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wesley v. Oakes,* No. 5:12–ct–03128–D (E.D.N.C. Feb. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*